# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREWS INTERNATIONAL GOVERNMENT SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ANDREWS GLOBAL SECURITY, INC., a California corporation; RANDY ANDREWS, an individual; LEE ANDREWS, an individual; DON ANDERSON, an individual; GEORGE CASILLAS, an individual; JOHN ADAMS, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:19-cv-02042-DSF-MRW <br><br> Hon. Dale S. Fischer <br><br> **ORDER RE DISMISSAL OF ACTION WITH PREJUDICE** <br><br><br> Complaint Filed: March 19, 2019 <br> Trial Date: March 15, 2022 |

# ORDER

Having reviewed the Parties' Stipulation of Dismissal of Defendants Andrews Global Security, Inc., Randy Andrews, Lee Andrews, Don Anderson, and John Adams (the "Stipulation"), and finding good cause therefor, the Court hereby grants the relief requested in the Stipulation and orders as follows:

(1) Plaintiff Andrews International Government Services, Inc.'s Complaint is dismissed with prejudice as to all claims and causes of action against Defendants Andrews Global Security, Inc., Randy Andrews, Lee Andrews, Don Anderson, and John Adams pursuant to the terms of the Parties' Confidential Settlement Agreement ("Settlement");

(2) Each party shall bear its own attorneys' fees, expenses, and costs in connection with this action;

(3) The dismissal without prejudice entered on January 5, 2022 [ECF 108] is converted to a dismissal with prejudice; and,

(4) The Court retains jurisdiction over this matter to enforce the terms of the Settlement.

IT IS SO ORDERED.

DATED: February 7, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE